# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00547-CV

---

**City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, Appellants**

**v.**

**Kristopher Kibodeaux and Jamie Kibodeaux, Appellees**

---

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1746-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We extended the abatement of this appeal on October 17, 2025, while the parties engaged in settlement negotiations. During the abatement, Michael C. Cotton, one of appellees' attorneys, filed a motion to withdraw from representation because he is leaving employment with Cobb & Johns, PLLC. Bill Cobb, Christopher S. Johns, and Alexa L. Gervasi of Cobb & Johns will remain as appellees' attorneys in this appeal. We lift the abatement for the purpose of allowing Cotton to withdraw from representation, grant his motion, and abate this appeal until January 13, 2026. By **January 13, 2026**, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on November 6, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed: November 6, 2025